DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellant,

v.

**FRANK SAVALLI** and **BARBARA SAVALLI,**
Appellees.

No. 4D21-3482

[December 15, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE 17-16935 (21).

Patrick M. Chidnese and Frieda C. Lindroth of Bickford & Chidnese, LLP, Tampa, for appellant.

Jeremy F. Tyler, W. Wyndham Geyer, Jr., Andrew Fuxa and Kathleen Hinkle of Geyer Fuxa Tyler, Sunrise, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***